IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FILED/REC'D
2023 JAN 11 P 3:48
CLERK OF COURT

| UNITED STATES OF AMERICA | INDICTMENT |
|---|---|
| v. | Case No. 23 CR 003 WMC |
| DERRICK W. JOHNSON, | 18 U.S.C. § 922(g)(1) |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about December 5, 2022, in the Western District of Wisconsin, the defendant,

DERRICK W. JOHNSON,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a loaded Taurus G2 9mm handgun and Perfecta and SIG 9mm ammunition, said firearm and ammunition having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in this indictment, the defendant,

DERRICK W. JOHNSON,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(g)(1), including, but not limited to: a Taurus G2 9mm handgun and 9mm ammunition.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 1/11/2023

_____
TIMOTHY M. O'SHEA
United States Attorney