

**U.S. Department of Justice**

**United States Attorney's Office**
**Western District of Wisconsin**

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

*Address:*
222 W. Washington Avenue
Suite 700
Madison, Wisconsin 53703

June 12, 2023

John F. Pick
U.S. Probation Officer
United States Probation & Parole
U.S. Courthouse, 3rd Floor
510 South Barstow
Eau Claire, WI 54701

    Re:    *United States of America v. Derrick W. Johnson*
           Case No: 23-cr-3-wmc

Dear Mr. Pick:

    I have reviewed the presentence report in this case (Dkt 18). The United States has no objections that would affect the advisory guidelines calculations therein and does not have any other objections, corrections, or additions to the presentence report.

    If you have any questions or concerns, please do not hesitate to contact me.

                        Very truly yours,

                        TIMOTHY M. O'SHEA
                        United States Attorney

                        By: /s/
                        COREY C. STEPHAN
                        Assistant United States Attorney